UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RAMSEY HARDY,

Plaintiff,

v.

Case No. 26-cv-12534
Honorable Linda V. Parker

MARCUS CHEEKS, MARLO JONES, MATHEW LOYD PARKER, TRILLION, LLC, JAVIER REYNA, APEX CAPITAL, RESERVE BANK, INC., and FIDES GESTIN FINANCIERA SAPI DE CV,

Defendants.
_________________________________/

**OPINION AND ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE FOR LACK OF SUBJECT MATTER JURISDICTION AND DENYING MOTION TO DISMISS AS MOOT**

Plaintiff Ramsey Hardy, through counsel, initiated this action against Defendants on July 23, 2026. In his Complaint, Plaintiff asserts the following claims: (I) fraud and fraudulent misrepresentation; (II) civil conspiracy to defraud; (III) a claim under the Racketeer Influenced and Corrupt Organizations Act ("RICO"), 18 U.S.C. § 1962(d); (IV) wire fraud; (V) unjust enrichment; (VI) negligent misrepresentation; and (VII) promissory estoppel. (*See, generally* ECF No. 1.) Plaintiff claims the Court has diversity jurisdiction pursuant to 28 U.S.C.

§ 1332 and federal question jurisdiction pursuant to 28 U.S.C. § 1331 by virtue of his RICO claim and the wire fraud predicate.[1] (*See id*. at PageID.4 ¶¶ 5, 6.)

The Court does not have diversity jurisdiction, however, as both Plaintiff and Defendants Marcus L. Cheeks and Marlo Jones are Michigan citizens. (*See id*. at PageID.4-5 ¶¶ 8-9, 13.) The Court questioned whether it has federal subject matter jurisdiction based on Plaintiff's RICO statement, as it found the allegations in the Complaint woefully deficient to plead a viable RICO claim. Therefore, on September 8, 2026, the Court entered an Opinion and Order requiring Plaintiff to file a RICO Case Statement. (ECF No. 6.) The deadline for Plaintiff to file the statement was September 22.

Plaintiff has failed to file the RICO Case Statement and, therefore, fails to establish this Court's jurisdiction over his claims. Accordingly, the Court **DISMISSES** the Complaint **WITHOUT PREJUDICE** pursuant to Federal Rule of Civil Procedure 12(h)(3). Defendant Jones' motion to dismiss is **DENIED AS MOOT**.

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: September 24, 2026

[1] While wire fraud, 18 U.S.C. § 1343, may be a predicate for a RICO action, *see* 18 U.S.C. § 1964, it is a criminal cause of action, only. In other words, there is no private right of action under § 1343. *Morganroth & Morganroth v. DeLorean*, 123 F.3d 374, 386 (6th Cir. 1997).

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, September 24, 2026, by electronic and/or U.S. First Class mail.

s/R. Thieme
Case Manager